UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO.: 4:14-CR-78-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MYRON PELECH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Counsel for Defendant's oral Motion for a competency evaluation pursuant to 18 U.S.C. §4241. On July 29, 2015, Counsel for Defendant represented to the Court that he has reasonable cause to believe that Defendant may be suffering from a mental disease or defect that prevents him from understanding and evaluating the nature and consequences of the proceedings in this matter. Upon information and belief of Counsel, the Defendant has in the past suffered from and been treated for a variety of mental health issues which may cause difficulty in understanding pending legal issues. Counsel is of the opinion that Defendant may not fully understand the criminal process and may be unable to assist in his defense. Counsel therefore seeks a psychological/psychiatric examination of the Defendant to assess his competency and intellectual functioning.

For good cause shown, the Court GRANTS Defendant's oral motion reflected at D.E. 33 to determine competency and hereby ORDERS that the Defendant be committed to the custody of the United States Bureau of Prisons for the purposes of a psychological/psychiatric examination pursuant to 18 U.S.C. §§ 4241 AND 4247 (b). The Court further ORDERS that following the examination, reports be filed with the

Court and served on Counsel for the Defendant and Counsel for the Government pursuant to 18 U.S.C. §4247.

Having balanced the needs for the delay against the right of the public and the Defendant to a speedy trial, the Court finds that the interests of justice are served by this delay, and ORDERS that the delay resulting from the continuance be excluded from Speedy Trial Act computations pursuant to 18 U.S.C. §§3161 (h)(1)(A) and (h)(8)(A). The arraignment scheduled for August 11, 2015 is hereby CONTINUED until later set by this Court following completion of the evaluation.

This 3rd day of August, 2015.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge