UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:14-CR-00078-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| MYRON PELECH, ) | |
| ) | |
| Defendant. ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Sentencing Memorandum in Support of Downward Departure [DE 62] filed on June 1, 2016, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Sentencing Memorandum in Support of Downward Departure [DE 62] be sealed.

This 9th day of _____, 2016.

THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge